from the commencement of the action, with $10 costs and disbursements to the appellant. Settle order on notice. See, also, 149 App. Div. 949, 134 N. Y. Supp. 1137, 143 N. Y. Supp. 1128.

LIPSCHITZ v. BOSKOWITZ. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Samuel Lipschitz against Herman Boskowitz. No opinion. Motion to amend record denied. Settle order on notice. See, also, 143 N. Y. Supp. 1128.

In re LOBSITZ. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) In the matter of the application of Maurice Lobsitz, for an order permitting the removal of the body of Lena Lobsitz. No opinion. Order affirmed, without costs.

LONGWORTH, Respondent, v. LONGWORTH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Hannah S. Longworth against William H. Longworth and another. No opinion. Motion denied, without costs, with leave to plaintiff to apply for a reargument, if so advised. See, also, 157 App. Div. 377, 142 N. Y. Supp. 71.

LORD & TAYLOR, Respondent, v. HATCH, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Lord & Taylor against Edward Hatch. H. G. Gray, of New York City, for appellant. J. C. Grier, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied. Order filed. See, also, 149 App. Div. 603, 133 N. Y. Supp. 1068.

LOTOS ADVERTISING CO. v. MAGISTRAL CHEMICAL CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Lotos Advertising Company against the Magistral Chemical Company. G. B. Plante, of New York City, for appellant. N. S. Goetz, of New York City, for respondent. No opinion. Order affirmed, without costs. Order filed.

LOWDEN, Appellant, v. PAMLICO REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Fannie C. Lowden, as committee of Mary L. Thayer, an incompetent person, against the Pamlico Realty Company.

PER CURIAM. Judgment affirmed, with costs.

CARR, J., dissents.

LUCAS, Respondent, v. DODGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by William Lucas against Benjamin D. Dodge. No opinion. Judgment and order affirmed, with costs.

In re LYMAN. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) In the matter of the application for the appointment of a committee of the person and property of Katherine K. C. Lyman, an alleged incompetent person. No opinion. Order affirmed, with $10 costs and disbursements.

LYNCH, Respondent, v. KIRBY et al., Appellants. (Supreme Court, Appellant Division, First Department. November 14, 1913.) Action by James M. Lynch against John Kirby, Jr., and others. A. P. Nevin, of New York City, for appellants. A. J. Talley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 74 Misc. Rep. 266, 131 N. Y. Supp. 680.

In re McALEESE, City Judge. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) In the matter of the application for the removal from office of Bernard J. McAleese, City Judge of the City of Lackawanna.

PER CURIAM. Order entered removing the said Bernard J. McAleese from office as city judge of the city of Lackawanna. *Held*, on the uncontradicted evidence it appears that the defendant did for many months fail to pay over the fines collected by him to the city treasurer as required by the charter. His failure so to do constituted a violation of his duty as a public officer, and, being wholly unexplained or excused, justifies and requires his removal from office. See, also, 151 App. Div. 897, 899, 135 N. Y. Supp. 1125.

McCALLUM v. BARBER (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Lee McCallum against George S. Barber. No opinion. Application denied, with $10 costs. Order signed.

McCANN v. COLONIAL LIFE INS. CO. OF AMERICA. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Nellie A. McCann against the Colonial Life Insurance Company of America. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1128.

McCANN v. COLONIAL LIFE INS. CO. OF AMERICA. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Nellie A. McCann against the Colonial Life Insurance Company of America. No opinion. Application denied, with $10 costs. Order signed. See, also, 143 N. Y. Supp. 1128.

McCLOREY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Mary McClorey against the City of New York. No opinion. Judgment unanimously affirmed, with costs.